UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

        Petitioner,

v.                           CASE NO. 8:07-CV-947-T-17MSS

DAVID T. BOSSET,

        Respondent.

_____/

ORDER

This cause is before the Court on:

Dkt. 1 Petition to Enforce IRS Summons
Dkt. 21 Oral Report and Recommendation

In this case, Petitioner seeks enforcement of an IRS Summons as to Respondent David T. Bosset. The Court referred the Petition to the assigned Magistrate Judge to conduct a hearing and for a Report and Recommendation. An Order to Show Cause was entered, and a hearing was conducted. (Dkts. 4, 7). An Oral Report and Recommendation was given at the time of the hearing, and the parties were notified that objections must be filed by September 28, 2007.

The Court has independently reviewed the pleadings. No objections to the Report and Recommendation were filed by September 28, 2007. After consideration, the Court adopts the Report and Recommendation, which is incorporated by reference. Accordingly, it is

**ORDERED** that the Report and Recommendation is adopted and incorporated, and the Petition to Enforce IRS Summons is **granted**.

Case No. 8:07-CV-847-T-17MSS

Respondent David T. Bosset is directed to obey the summons, and each and every requirement thereof, by producing the documents and information called for by the terms of the summons at such time as may be fixed by Revenue Officer Bryan Morris, or any other proper officer or employee of the Internal Revenue Service. It is further

ORDERED that the Court grants Petitioner United States its costs and expenses incurred in bringing this action.

DONE and ORDERED in Chambers, in Tampa, Florida on this 21st day of February, 2008.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record